MABEL SCHMIDT, Appellant, *v.* MARGARET CARPER, Respondent.

Argued November 21, 1946; decided January 9, 1947.

*Charles J. Duncan* for appellant.

*J. Stanley Carter* and *Earl S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.